IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BODUM USA, INC. and PI-DESIGN AG<br><br>　　Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>　　Defendant. | Case No.: 1:24−cv−05319<br><br>Honorable Andrea R. Wood<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Plaintiffs, Bodum USA, Inc. and Pi-Design AG (collectively "Bodum" or "Plaintiffs"), and Defendant, Starbucks Corporation ("Starbucks" or "Defendant"), through the undersigned counsel, provide the following status report:

1. **Current Status of Discovery**

   A. The parties have exchanged initial disclosures.

   B. On November 1, 2024, Plaintiffs served their First Set of Interrogatories and First Set of Requests for Production. Defendant requested a two-week extension to respond, which Plaintiffs granted. Defendant's response deadline is currently December 16, 2024.

   C. On November 1, 2024, Plaintiffs served their Initial Infringement Contentions. On November 15, 2024, Defendant served its Initial Non-Infringement and Invalidity Contentions. Plaintiffs served their responses to Defendant's Initial Non-Infringement and Invalidity Contentions on December 6, 2024.

   D. The Parties are not aware of any current discovery disputes requiring the Court's attention.

   E. The Parties are not aware of any reasons why they will not complete fact discovery by the proposed June 13, 2025 deadline.

2. **Pending Motions**

   A. Briefing on Defendant's Motion to Bifurcate and Stay Count II was competed on October 30, 2024.

3. **Settlement**

   A. Although the parties have not engaged in active settlement discussions since prior to the filing of the instant litigation, Bodum did make a written proposal to globally resolve all disputes with Starbucks on December 2, 2024. To date, Starbucks has not responded to the proposal.

   B. The parties do not believe a settlement conference would be productive at this time.

4. **Issues for Next Status Hearing**

   A. The Parties do not require a telephonic status hearing at this time.

Dated: December 10, 2024

Respectfully submitted,

*/s/ Travis Richins*
Travis L. Richins, Esq. (*pro hac vice*)
Texas State Bar No. 24061296
Virginia State Bar No.
travis@richinslawfirm.com
RICHINS LAW GROUP, PLLC
11357 Nuckols Rd #2076
Glen Allen, VA 23059
T: (214) 601-0678
F: (804) 597-0532

James E. Griffith
jgriffith@ziliak.com
docket@ziliak.com
ZILIAK LAW LLC
141 W. Jackson Blvd., Ste 4048
Chicago, IL 60604
T: 312.462.3350

*Counsel for Plaintiffs*

*/s/Bradley F. Rademaker*

**Neal Gerber & Eisenberg, LLP**

Bradley F. Rademaker (ARDC No. 6208189)
Tanvi Patel (ARDC No. 6306715)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street

Suite 1700
Chicago, IL 60602-3801
Phone: 312.269.8000
brademaker@nge.com
tpatel@nge.com

**K&L Gates LLP**

Brian J. Smith
ARDC No. 6321543
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
Phone: 312.807.4448
Brian.J.Smith@klgates.com

Pallavi Mehta Wahi (*pro hac vice* forthcoming)
Kari L. Vander Stoep (*pro hac vice* pending)
Ashley E.M. Gammell (*pro hac vice* forthcoming)
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104
Phone: 206.623.7580
Pallavi.Wahi@klgates.com
Kari.Vanderstoep@klgates.com
Ashley.Gammell@klgates.com

*Counsel for Defendant Starbucks Corporation*

### CERTIFICATE OF SERVICE

I certify that this document was served on all counsel of record by ECF on December 9, 2024

*Travis Richins*
Travis Richins