IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BODUM USA, INC. and PI-DESIGN AG<br><br>   Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>   Defendant. | Case No.: 1:24−cv−05319<br><br>Honorable Andrea R. Wood<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the Northern District of Illinois, Travis Richins, counsel Plaintiffs Bodum USA, Inc. and Pi-Design AG, respectfully moves for leave to withdraw as counsel of record in this matter. Mr. Richins has recently accepted an offer that requires his withdrawal from this case.

Plaintiffs do not oppose this withdrawal. Additional counsel has already appeared, and Plaintiffs have retained further counsel who will also be appearing. These attorneys are fully familiar with the case and well qualified to represent Plaintiffs. Defendant Starbucks Corporation likewise does not oppose this motion.

Coincidentally, this motion to withdraw is being filed concurrently with a joint motion by the parties to extend certain deadlines. Although the extension will facilitate a smooth transition, the decision to seek an extension was made independently of Mr. Richins' withdrawal. The parties had already agreed in principle to request additional time before any party or counsel (including Mr. Richins) was aware that Mr. Richins would be withdrawing. Accordingly, this requested withdrawal will not cause any delay in the proceedings.

Dated: March 21, 2025          Respectfully submitted,

         */s/ Travis Richins*
         Travis L. Richins, Esq. (*pro hac vice*)
         Texas State Bar No. 24061296
         Virginia State Bar No.
         travis@richinslawfirm.com
         RICHINS LAW GROUP, PLLC
         11357 Nuckols Rd #2076
         Glen Allen, VA 23059
         T: (214) 601-0678
         F: (804) 597-0532

## **CERTIFICATE OF SERVICE**

I certify that this document was served on all counsel of record by ECF on March 21, 2025.

         /s/ *Travis Richins*
         Travis Richins