**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BODUM USA, INC. and PI-DESIGN AG, | ) |
| Plaintiffs, | ) Case No. 1:24-cv-05319 |
| v. | ) Honorable Andrea R. Wood |
| STARBUCKS CORPORATION, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW ATTORNEY APPEARANCE**

Pursuant to Local Rule 83.17, Starbucks Corporation, through its undersigned counsel Bradley F. Rademaker, moves to withdraw the appearance of Brian J. Smith from this matter, stating as follows:

1. Starbucks Corporation is represented by Neal, Gerber & Eisenberg LLP and K&L Gates LLP in the above-captioned matter.

2. Brian J. Smith has left the employ of K&L Gates LLP, no longer represents Starbucks Corporation, and should be removed from the Court's service list with respect to the above-captioned action.

3. K&L Gates LLP and its undersigned attorneys (including Bradley F. Rademaker) will continue to represent Starbucks Corporation. Counsel's withdrawal will not prejudice Starbucks Corporation.

WHEREFORE, Defendant Starbucks Corporation respectfully requests that the Court grant this Motion to Withdraw Attorney Appearance of Brian J. Smith in this case.

1

Dated:   April 3, 2025                                        Respectfully submitted,

By: */s/ Bradley F. Rademaker*

Bradley F. Rademaker
brademaker@nge.com
Tanvi Patel
tpate@nge.com
Thomas J. Campbell Jr.
tcampbell@nge.com
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street
Suite 1700
Chicago, Illinois 60602-3801

Kari L. Vander Stoep (admitted *pro hac vice*)
kari.vanderstoep@klgates.com
**K&L GATES LLP**
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580

*Attorneys for Defendant
STARBUCKS CORPORATION*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on April 2, 2025, which will serve all counsel of record.

              By: */s/ Bradley F. Rademaker*
                  Bradley F. Rademaker